Dismissed and Memorandum Opinion filed September 3,
2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00507-CV

____________

 

MURPHEY HARMON, Appellant

 

V.

 

LIGHTHOUSE CAPITAL FUNDING, INC., Appellee

 

 



 

On Appeal from the 190th District Court

Harris County, Texas

Trial Court Cause No. 2009-23574

 



 

M E M O R
A N D U M  O P I N I O N

This is an appeal from a judgment signed May 14, 2009.  The
clerk=s record was filed on June 24, 2009. 
No reporter=s record was filed.  No brief was filed.

On July 23, 2009, this Court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before August 12, 2009, the Court
would dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).








Appellant filed no
response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Justices
Anderson, Guzman, and Boyce.